# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:08-CV-521-FDW-DCK

| | |
|---|---|
| NGM INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| D. EVANS D/B/A A TO Z FARMS ) | |
| LAWNCARE & LANDSCAPING, ) | |
| A TO Z FARMS LAWNCARE & ) | |
| LANDSCAPING, ANDREW MISHOE ) | |
| EVANS, and ESTATE OF ALLYSON ) | |
| PAIGE STANLEY by and through LACEY ) | |
| GARDNER STANLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* for scheduling purposes.

The record reflects that the parties have not yet conducted their Initial Attorney's Conference or filed their joint proposed discovery plan. Local Rule 16.1 requires that "as soon as is practicable, and in any event not later than fourteen (14) days from joinder of the issues..., the parties or their counsel shall confer as provided by Fed. R. Civ. P. 26(f), and conduct an Initial Attorney's Conference." The parties thereafter file a joint proposed discovery plan. The Court will then enter its comprehensive Pretrial Order and Case Management Plan, which sets the deadlines for the litigation.

The undersigned notes that the requirement of the Initial Attorney's Conference is triggered by the "joinder of issues," which occurs when the last responsive pleading is filed. The Defendant Estate of Allyson Paige Stanley, by and through Lacey Gardner Stanley, filed its answer on

December 15 , 2009. (Document No. 3).[1] The remaining Defendants have not answered to date and are in default as of January 14, 2009. (Document No. 7, "Clerk's Entry of Default" as to D. Evans, A to Z Farms Lawncare & Landscaping, and Andrew Mishoe Evans).

Although the case has been proceeding, the Court has not yet issued its Pretrial Order and Case Management Plan. In order to remedy this and prevent possible delay, the undersigned will require the parties to proceed now with their Initial Attorney's Conference and to submit a joint proposed discovery plan.

**IT IS THEREFORE ORDERED** that the parties, through counsel, shall conduct their Initial Attorney's Conference by February 6, 2009, and submit their joint proposed discovery plan within five days thereafter.

**IT IS SO ORDERED.**

Signed: January 26, 2009

David C. Keesler
United States Magistrate Judge

---

[1] Although the answer includes a motion to dismiss pursuant to Rule 12(b)(7) for failure to join an indispensible party, Local Rule 16.1 (D) provides that "Rule 12 motions contained in an Answer, but not supported by a brief, act as placeholders and do not prevent joinder of the issues."