**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-521-W**

| | |
|---|---|
| NGM INSURANCE COMPANY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE** |
| D. EVANS D/B/A A TO Z FARMS ) | |
| LAWNCARE & LANDSCAPING, A TO Z ) | |
| FARMS LAWNCARE & ) | |
| LANDSCAPING, ANDREW MISHOE ) | |
| EVANS AND ESTATE OF ALLYSON ) | |
| PAIGE STANLEY by and through ) | |
| LACEY GARDNER STANLEY, ) | |
| ) | |
|     Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| USAA CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|     Third-Party Defendants. ) | |
| ) | |

TAKE NOTICE that a status conference in the above captioned matter will take place before the undersigned United States District Judge, to be held at **10:00 a.m.** on **Wednesday, February 3, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

Defendant, the Estate of Allyson Paige Stanley, by and through Lacey Gardner Stanley, has not entered a new attorney of record within the deadline set by the Court. On November 5, 2009, the Court granted Matthew Fleishman's motion to withdraw as attorney for the Estate for the reasons stated in open court. Though the Administrator of the Estate received notice of the

hearing, the Administrator did not appear. As a result, the Court instructed Mr. Fleishman to inform the Administrator of the Estate via certified letter that: 1) the Estate had three weeks to find new counsel and the new counsel should file a notice with the Court as the attorney of record; and 2) that the Court extended the Estate's deadline to respond to NGM Insurance Company's Motion for Summary Judgment and USAA's Motion for Summary Judgment to Monday, January 4, 2010. Mr. Fleishman sent this letter to the Administrator of the Estate promptly, and filed this letter with the Court on November 6, 2009. (Doc. No. 28). To date, the Court has received nothing further indicating a new attorney of record, and the Estate has failed to respond to the pending motions for summary judgment. As a result, the Court will convene a status conference and the parties, including the Administrator of the Estate, should be prepared to discuss these issues.

The Clerk is directed to send a copy of this Notice to Lacey Gardner Stanley, Administrator of the Estate of Allyson Paige Stanley, at 124 Windsor Greene Dr., Monroe, NC 28110.

Signed: January 15, 2010

Frank D. Whitney
United States District Judge