# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:08-cv-00521

| | |
|---|---|
| **NGM INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **D. EVANS D/B/A A TO Z FARMS** | ) |
| **LAWNCARE & LANDSCAPING,** | ) |
| **A TO Z FARMS LAWNCARE &** | ) |
| **LANDSCAPING, ANDREW** | ) |
| **MISHOE EVANS, and ESTATE OF** | )      **ORDER** |
| **ALLYSON PAIGE STANLEY by and** | ) |
| **through LACEY GARDNER** | ) |
| **STANLEY,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **USAA CASUALTY INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| **Third-Party Defendant.** | ) |
| | ) |
| | ) |

THIS MATTER is before the Court following a Status Conference before the undersigned on February 3, 2010. As discussed and agreed to by the parties during the Status Conference, this order amends certain dates in the case management order (Doc. No. 11). The Estate of Allyson Paige Stanley entered a new attorney of record on February 3, 2010, and has until Wednesday, March 3, 2010, to respond to the two pending motions for summary judgment submitted by NGM Insurance Company and USAA Casualty Insurance Company. Replies to the Estate's response must be submitted by Wednesday, March 17, 2010. The dispositive motions hearing will be held on

Wednesday, March 31, 2010. Trial is set for the term beginning Monday, May 10, 2010. Also, as the undersigned stated at the Status Conference, the mediation deadline of Friday, February 26, 2010, will remain the same.

IT IS SO ORDERED.

Signed: February 8, 2010

Frank D. Whitney
United States District Judge