IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-521-W

| | |
|---|---|
| NGM INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) <br>D. EVANS D/B/A A TO Z FARMS )<br>LAWNCARE & LANDSCAPING, A TO Z )<br>FARMS LAWNCARE & )<br>LANDSCAPING, ANDREW MISHOE )<br>EVANS AND ESTATE OF ALLYSON )<br>PAIGE STANLEY by and through )<br>LACEY GARDNER STANLEY, )<br>)<br>Defendants. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a final pretrial conference will take place before the undersigned United States District Judge, to be held at **5:00 p.m.** on **Tuesday, April 27, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: April 13, 2010

Frank D. Whitney
United States District Judge