IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-521-W

| | |
|---|---|
| NGM INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) ) D. EVANS D/B/A A TO Z FARMS ) LAWNCARE & LANDSCAPING, A TO Z ) FARMS LAWNCARE & ) LANDSCAPING, ANDREW MISHOE ) EVANS AND ESTATE OF ALLYSON ) PAIGE STANLEY by and through ) LACEY GARDNER STANLEY, ) ) Defendants. ) ) | NOTICE OF HEARING |

TAKE NOTICE that the final pretrial conference has been rescheduled and will take place before the undersigned United States District Judge at **5:30 p.m.** on **Thursday, April 29, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: April 20, 2010

Frank D. Whitney
United States District Judge